## CASE ANNOUNCEMENTS

### *May 6, 2008*

[Cite as *05/06/2008 Case Announcements*, 2008-Ohio-2152.]

## MOTION AND PROCEDURAL RULINGS

**2008–0757.  Natl. Interstate Corp. v. West.**
Summit App. No. 23877, 2008-Ohio-1057. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is denied.

**2008–0792.  State v. Taylor.**
Lorain App. No. 06CA009000, 2008-Ohio-1462. This cause is pending before the court as a claimed appeal of right. Upon consideration of the motions for leave to exceed the page limitation,

It is ordered by the court that the motions are denied.

It is further ordered by the court that pages 16–24 of appellant's memorandum in support of jurisdiction are stricken.

## DISCIPLINARY CASES

**2006–0491.  Columbus Bar Assn. v. Farmer.**
This cause came on for further consideration upon the filing on April 4, 2008, by relator, Columbus Bar Association, of a motion to appoint an alternate relator. On April 11, 2008, respondent filed a memorandum in response. Upon consideration thereof,

It is ordered by the court that relator's motion to appoint an alternate relator is granted. It is further ordered that the Disciplinary Counsel is hereby appointed to serve in the role of relator for the purposes of appointing a monitor and filing the report required by Gov.Bar R.V(9).

It is further ordered that on or before thirty days from the date of this order, Disciplinary Counsel shall file with the Clerk of this court the name of the attorney who will serve as respondent's monitor, in accordance with Gov.Bar R. V(9). It is further ordered that at the end of the respondent's one year probationary period, Disciplinary Counsel shall file with the Clerk of this court a report indicating whether respondent, during the probationary period, complied with the terms of the probation.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–1722.  Southside Community Dev. Corp. v. Levin.**
Board of Tax Appeals, No. 2006–T–635.